ALBERT WILLIAMS, petitioner-respondent,

*v.*

ADA JOHNSON WILLIAMS, defendant-appellant,

[Submitted May 25th, 1934.   Decided October 5th, 1934.]

*Mr. Harry Krieger,* for the appellant.

*Messrs. Haines & Chanalis* and *Mr. John A. Bolger,* for the respondent.

PER CURIAM.

The decree under review is affirmed, by an equally divided court.

*For affirmance*—PARKER, CASE, DONGES, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, JJ.   7.

*For reversal*—THE CHIEF-JUSTICE, TRENCHARD, LLOYD, BODINE, HEHER, DEAR, WELLS, JJ.   7.